# Exhibit 2



---------- Forwarded message ---------
From: **Romero, Debra** <debra.romero@fema.dhs.gov>
Date: Fri, Feb 14, 2020 at 10:52 AM
Subject: Tentative Job Offer
To: chereenpace@gmail.com <chereenpace@gmail.com>

February 14, 2020

Cheree Newson-Pace
PO Box 18751
Atlanta, GA 31126
chereenpace@gmail.com

Dear Ms. Newson-Pace:

Hello! I am pleased to inform you that you have been tentatively selected for the position of **Safety and Occupational Health Manager (Safety Advisor)-Trainee, IM-0018-03** in the **Safety Cadre** with the Federal Emergency Management Agency ("FEMA"). This position is a 2-year temporary, excepted service appointment in the Reservist Program and is based on an <u>intermittent, on-call work</u> schedule during declared disasters (this is not a full-time position, you only are paid when deployed; deployment frequency and length varies based on disaster response need). As a Reservist, you will be called to deploy out from your home, as needed, to respond to federally declared disasters anywhere within the United States and its territories.

The base salary for this position is **$37.71 per hour <u>plus</u> applicable locality pay which is based on the city and state where you live**. In addition to salary, FEMA will pay you a per diem based on locality of your deployment as well as the travel costs for you to deploy to and from disaster sites. You will also be eligible to enroll in Federal Employee Health Benefits ("FEHB") when you are deployed in a pay status for one pay period or longer to a disaster site. Enrollment in FEHB terminates upon entering a non-pay status unless you elect to maintain your coverage. Additional information regarding Reservist Benefits can be found here: - https://www.opm.gov/healthcare-insurance/healthcare/plan-information/compare-plans/. For more information about FEMA's Reservist program, please visit this website: https://www.fema.gov/reservist-program.

If you are a re-employed Federal annuitant, please note that by accepting this position your FEMA salary *may* be subject to offset during period of training, meetings, when deployed to a non-presidentially declared disaster or when deployed outside of the first 120 days of a presidentially declared disaster. If you believe this may impact you, please let me know and we can discuss further.

To formally accept this offer, please respond to this email within <u>**one week**</u> with your acceptance and return the attached completed documents; **failure to respond will result in the automatic withdrawal of this offer**. The documents will need to be returned to me via scan/email or fax (540-504-2267) in order to continue with the hiring process.

<span style="color:red">Please date all documents with the full year date, i.e. 2020, if not they will be returned.</span>

These documents include:

1. OF306 Declaration for Federal Employment (**sign as applicant**)
2. Reservist Program Conditions of Employment **(*return entire document)**

1. New Employee On-Boarding Questionnaire
2. Annuitant Questionnaire

If you are NOT interested in this offer and are declining, if you could please let me know I would greatly appreciate it.

This offer is tentative as it is contingent upon a favorable security background investigation. Once I receive the attached paperwork back, I will forward the forms needed to initiate the background investigation to FEMA's Personnel Security department. The Security Specialist assigned to you will then initiate the investigation and will let you know if anything else is required on your part. Once I receive approval, a HR Specialist will contact you to make a final job offer and to discuss your Entry on Duty ("EOD") or effective date for this position, which will include mandatory attendance in a week-long paid Orientation. After you have an EOD, your main point of contact for the **OPS Cadre** will be **LaMar Turner at Lamar.Turner@fema.dhs.gov**. He will be the appropriate individual to reach out to with any questions specific to your position **after** you complete the onboarding process. If you have questions prior to officially coming onboard, please refer those to me and I will do my best to help.

*"FEMA provides Reasonable Accommodation(s) to qualified employees and applicants with disabilities.  Reasonable Accommodation requests are granted on a case-by-case basis.  Medical documentation may be requested if the disability is not obvious.  If you would like to request an accommodation, please contact the Disability Program Manager in the Office of Equal Rights at (202) 212-3535 (option #2), within two (2) business days of receipt of this tentative offer.  Note that all new employees are enrolled in an onboarding and orientation to begin their FEMA career and this course requires a minimum three (3) week notice to process Reasonable Accommodation requests."*

The Department of Homeland Security (DHS) is committed to ensuring that all of our employees act in a manner that embodies the Department's Mission Statement: *With honor and integrity, we will safeguard the American people, our homeland and our values.*   As an employee of the Department, you will be joining a workforce that is dedicated to accomplishing our mission while maintaining the trust of our Nation by strictly adhering to all government ethics standards.  Your conduct will be subject to the ethics rules applicable to all Executive Branch employees and to the criminal conflict of interest statutes.  These rules will assist you in maintaining your impartiality and acting in the public's interest as you carry out the responsibilities of your DHS position.  If you have a concern at any time that a DHS assignment may involve one of your personal financial interests, promptly notify your supervisor and obtain ethics guidance from a DHS Ethics Official before working on the assignment.

As a new employee at the Department, you will be required to receive initial ethics training within your first 90 days at DHS.  This training will provide an overview of the ethics laws and rules.  You can obtain ethics information by emailing fema-ethics@fema.dhs.gov.

If you have any questions regarding this offer, please feel free to contact me.  Congratulations on this tentative offer and I look forward to hearing from you!

Respectfully,

*Debi Romero*

**Debi Romero, PHR**
Human Resource Specialist
Federal Emergency Management Agency
Office of the Chief Component Human Capital Officer
Disaster Field Operations | Disaster Field Staffing | Reservist Team
430 Market Street, Winchester, VA 22603
Mobile: 202-215-3658 | Office: 540-686-3199 | *(eF): 540-504-2267

*Own **your** personnel data and HR needs!*

Review   |   Edit   |   Ask

  

***Confidentiality Notice:*** This communication, along with any attachments, is covered by Federal and State law governing electronic communications and may contain restricted and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please reply immediately to the sender and delete this message.

**Customer service is my priority.  Please provide any feedback regarding my customer service to my supervisor Denise Hayes at Denise.Hayes@fema.dhs.gov.**

*For human capital information you need, connect with OCCHCO's Human Capital Service Desk by phone (866) 896-8003 or by email FEMA-HC-ServiceDesk@fema.dhs.gov.*

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.